No. 47623.—Protest 68340–K of Great Eastern Packing & Paper Stock Corp. (New York).

Opinion by KINCHELOE, J. In accordance with stipulation of counsel that certain of the merchandise in question consists of flax waste used chiefly for paper making, the same in all material respects as that the subject of *Green* v. *United States* (8 Cust. Ct. 173, C. D. 599), the claim for free entry under paragraph 1750 was sustained.

BEFORE THE THIRD DIVISION, OCTOBER 7, 1942

No. 47624.—Protest 22263–K of Palomas Cattle Co. (El Paso).

Opinion by CLINE, J. In view of the Presidential Proclamation (T. D. 49811) and following *Burr* v. *United States* (9 Cust. Ct. 13, C. D. 651) the court held the merchandise was properly assessed inasmuch as the importer appears to have paid duty at 1½ cents per pound on substantially the same percentage of his importation as the court held applicable in the *Burr* case, *supra*, in which case the importation was entered on the same day as the cattle in the case at bar. The protest was therefore overruled.

No. 47625.—Protests 873086–G, etc., of Assola Bros. et al. (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 47626.—Protests 998449–G, etc., of Sardik, Inc. (New York).

Opinion by KEEFE, J. It was stipulated that the banana flakes in question are the same in all material respects as those the subject of *Sardik, Inc.* v. *United States* (8 Cust. Ct. 400, C. D. 646). In accordance therewith the protests were sustained.

No. 47627.—Protests 19705–K, etc., of Sardik, Inc. (New York).

Opinion by KEEFE, J. It was stipulated that the banana flakes in question are the same in all material respects as those the subject of *Sardik, Inc.* v. *United States* (8 Cust. Ct. 400, C. D. 646). In accordance therewith the protests were sustained.